Honorable Judge Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HARRIS, GARY ) <br> ) <br> Defendant ) <br> ) <br> ) | NO. CR09-032RSL <br><br> ~~(PROPOSED)~~ ORDER ON MOTION TO TERMINATE SUPERVISED RELEASE <br><br> Please Note: January 31, 2020 |

Having reviewed Mr. Harris' request and other related court documents in this case,

IT IS HEREBY ORDERED that Defendant Harris' Early Termination request from Supervised Release IS GRANTED and will be effective upon filing of this order.

DATED this 6th day of ~~January~~ March, 2020.

_____
Honorable Judge Lasnik

Presented by:
s/Peter Mazzone
Peter Mazzone, WSBA #25262

Proposed Order - 1

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
(425) 259-4989